■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES ANDERSON, Appellant.—Appeal by defendant from a judgment of the County Court, Westchester County, rendered August 7, 1974, convicting him of robbery in the first degree, grand larceny in the third degree and possession of a weapon, dangerous instrument or appliance as a misdemeanor, upon a jury verdict, and imposing sentence. Judgment affirmed. Defendant's conviction was proper and his appeal lacks merit. Rabin, Acting P. J., Martuscello, Cohalan, Christ and Shapiro, JJ., concur.